THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Doris Kirby Thomas,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-333
Submitted March 26, 2003  Filed 
 May 15, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate
Defender Wanda H. Haile, of Columbia, for Appellant.
Attorney General Henry Dargan
McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Doris Kirby Thomas pled guilty 
 to assault and battery with intent to kill.  She was sentenced to fifteen years 
 of imprisonment.  Thomas appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Thomas filed a pro se response with 
 the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.